UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SCOTT KRUMHOLZ, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 08-12137-JLT |
| | * | |
| AJA, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

January 13, 2010

TAURO, J.

For the reasons set forth in the accompanying memorandum, Defendants' Motion for Summary Judgment [#22] is ALLOWED as to all counts in Plaintiffs' complaint.

IT IS SO ORDERED

/s/ Joseph L. Tauro
United States District Judge